UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    v.<br><br>CHARLES HOFFMAN,<br><br>                 Defendant. | CASE NO. CR20-197RAJ-006<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with conspiracy to distribute controlled substances and faces a mandatory minimum term of imprisonment if convicted. His adult criminal history goes back to 1995. He has been convicted several times for drug related offenses, Attempting to Elude a Police Officer, Possession of a Stolen Firearm; Assault in the Fourth Degree, Hit and Run; felony theft and possession of stolen property; Felony Assault; and Failure to Appear for Court Hearing. He has amassed 74 warrants for failing make court appearances. Given the seriousness of the current charges, and Defendant's extensive criminal history and history of failing to make

DETENTION ORDER - 1

court appearances, Defendant fails to overcome the presumption he is a risk of flight and danger to the community which attaches with the offense for which he is charged.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 16th day of June 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2