THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:20-cr-00197-RAJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER CONTINUING TRIAL DATE** |
| CHARLES HOFFMAN, | ) | |
| Defendant. | ) | |

Based on the motion of Defendant Charles Hoffman to continue trial and the facts set forth therein, which are hereby incorporated by reference and adopted as findings of fact, the Court makes the following findings of fact and conclusions of law:

1. The defense needs additional time to review discovery and to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings;
2. The requested continuance serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial;
3. The failure to grant the requested continuance would result in a miscarriage of justice; and
4. The failure to grant the requested continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS NOW, THEREFORE, ORDERED that Defendant Charles Hoffman's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. # 162) is GRANTED. The trial is continued from August 16, 2021, to October 18, 2021. All pretrial motions, including motions in limine, shall be filed no later than September 2, 2021.

IT IS FURTHER ORDERED that the period from the date of this Order through the new trial date of October 18, 2021, shall be excluded in computing the time within which the trial of the charged offenses must commence.

DATED this 15th day of July, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge